**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**RONNIE WOODS**                      **CIVIL ACTION NO. 24-0326**

**SECTION P**

**VS.**

**JUDGE TERRY A. DOUGHTY**

**JACK MCKEITHEN, ET AL.**        **MAG. JUDGE KAYLA D. MCCLUSKY**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 11] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Ronnie Woods' Complaint, [Doc. No 1], is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 12th day of August 2024.

                                           TERRY A. DOUGHTY
                                           UNITED STATES DISTRICT JUDGE